# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| ROBERTA J COSGROVE § | |
| § | Civil Action No. 4:17-CV-226 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| SHURI DUBBERLY SHEPPARD-SMITH, § | |
| SUZANNE DUBBERLY-SPEIGHT | |

## ORDER OF DISMISSAL

Came on to be considered this day the Joint Agreed Motion to Dismiss All Defendants with Prejudice (Dkt. #17) jointly filed in this cause by Plaintiff Roberta J. Cosgrove and Defendants Shuri Lynn Sheppard (incorrectly named as "Shuri Dubberly Sheppard Smith") and Suzanne Marie Speight (incorrectly named as "Suzanne Dubberly Speight") (collectively, the "Parties"). After considering the Joint Agreed Motion to Dismiss All Defendants with Prejudice and the agreement of the Parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendants are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

SIGNED this 21st day of July, 2017.

_/s/ Amos Mazzant_
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE